## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**RIGO TROTTER,**
    Petitioner,

vs.                                                     **3:04cv399/MCR/MD**

**JAMES V. CROSBY,**
    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 5, 2005. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED:

    The respondent's motion to dismiss (doc. 21) is GRANTED and the petition for writ of habeas corpus (doc. 1) is dismissed without prejudice. All pending motions are denied as moot.

    DONE AND ORDERED this 4th day of November, 2005.

                                      s/ *M. Casey Rodgers*
                                      **M. CASEY RODGERS**
                                      **UNITED STATES DISTRICT JUDGE**